BARRY E. HINKLE, Bar No. 071223
NICOLE M. PHILLIPS, Bar No. 203786
JOYE BLANSCETT, Bar No. 191242
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS; TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>WESTCON MICROTUNNELING, INC., A Utah Corporation; WESTCON MICROTUNNELING, INC. a Division of MODERN CONTINENTAL CONSTRUCTION CO., INC.; MODERN CONTINENTAL CONSTRUCTION CO., INC.; A Massachusetts Corporation;<br><br>    Defendants. | No.   C 05 4986 TEH<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF WESTCON MICROTUNNELING, INC., A UTAH CORPORATION AND [~~PROPOSED~~] ORDER THEREON |

///

///

///

{Client Files\30344\2\00056268.DOC}

**Stipulation For Dismissal**

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Pursuant to FRCP 41(a)(2) Plaintiffs and Defendant Westcon Microtunneling, Inc., a Utah Corporation, by and through their attorneys of record hereby request that Defendant Westcon Microtunneling, Inc., a Utah Corporation be dismissed with prejudice from this action.

Dated: February 9, 2006             WEINBERG, ROGER & ROSENFELD
                                    A Professional Corporation

                                    By: /s/_____
                                        JOYE BLANSCETT
                                        Attorneys for Plaintiffs

Dated: February 7, 2006

                                    SIMPSON GARRITY & INNES
                                    A Professional Corporation


                                    By: /s/_____
                                        PAUL V. SIMPSON
                                        Attorneys for Defendant
                                        Westcon Microtunneling, Inc., a Utah Corporation

**ORDER**

IT IS HEREBY ORDERED that Defendant Westcon Microtunneling, Inc., a Utah Corporation, be dismissed with prejudice from the above-captioned case.

Dated:  02/13/06

_____
                                                HONORABLE THELTON E. HENDERSON

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

{Client Files\30344\2\00056268.DOC}             - 2 -

**Stipulation For Dismissal**