BARRY E. HINKLE, Bar No. 071223
NICOLE M. PHILLIPS, Bar No. 203786
JOYE BLANSCETT, Bar No. 191242
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS; TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN,<br><br>      Plaintiffs,<br><br>  v.<br><br>WESTCON MICROTUNNELING, INC., A Utah Corporation; WESTCON MICROTUNNELING, INC. a Division of MODERN CONTINENTAL CONSTRUCTION CO., INC.; MODERN CONTINENTAL CONSTRUCTION CO., INC.; A Massachusetts Corporation;<br><br>      Defendants. | No.   C 05 4986 TEH<br><br>REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON |

///

///

///

**Request for Continuance**
111493/415702

## I. DESCRIPTION AND STATUS OF THE CASE

The above-captioned action was brought by the Plaintiff Trust Funds for allegedly unpaid contributions found due and owing to the Plaintiff Trust Funds. The Plaintiffs action arises under and is brought pursuant to Section 502 of the Employee Retirement Income Security Act, as amended (ERISA), 29 U.S.C§1132, and section 301 of the Labor Management Relations Act (LMRA), 29 U.S.C. § 185.

Since the filing of the above-captioned action, the parties have reached a tentative settlement. The Parties are in the process of reducing the settlement to a written agreement. The Parties anticipate that the settlement can be finalized by the end of April 2006.

## II. REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

In order for the parties to have sufficient time to finalize their settlement, the Plaintiffs hereby requests that the Court continue the case management conference set for April 3, 2006 at 1:30 p.m. for at least sixty (60) days.

Dated: March 28, 2006         WEINBERG, ROGER & ROSENFELD
                              A Professional Corporation

                              By: /s/
                                  JOYE BLANSCETT
                                  Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED that the Case Management Conference set for April 3, 2006, at 1:30 p.m. is continued until June 5, 2006 at 1:30 p.m. and that the parties are ordered to submit a joint case management statement seven (7) days in advance of said conference if the matter has not been dismissed.

Dated: 03/29/06

_____
THELTON E. HENDERSON

Request for Continuance
111493/415702

- 2 -