WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1  BARRY E. HINKLE, Bar No. 071223
   NICOLE M. PHILLIPS, Bar No. 203786
2  LINDA BALDWIN JONES, Bar No. 178922
   CONCHITA LOZANO-BATISTA, Bar No. 227227
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
5  Telephone 510.337.1001
   Fax 510.337.1023
6
   Attorneys for Plaintiffs
7

8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10

11 | KEN WALTERS and JOHN BONILLA, in their ) | No.   C 05 4986 TEH
   | respective capacities as Trustees of the )
12 | OPERATING ENGINEERS HEALTH AND )
   | WELFARE TRUST FUND FOR NORTHERN )
13 | CALIFORNIA; TRUSTEES OF THE PENSION ) | **NOTICE OF CHANGE IN COUNSEL**
   | TRUST FUND FOR OPERATING ENGINEERS; )
14 | TRUSTEES OF THE PENSIONED OPERATING )
   | ENGINEERS HEALTH AND WELFARE FUND; )
15 | TRUSTEES OF THE OPERATING ENGINEERS )
   | AND PARTICIPATING EMPLOYERS PRE- )
16 | APPRENTICESHIP, APPRENTICE AND )
   | JOURNEYMEN AFFIRMATIVE ACTION )
17 | TRAINING FUND; TRUSTEES OF THE )
   | OPERATING ENGINEERS VACATION AND )
18 | HOLIDAY PLAN, )
                                                )
19             Plaintiffs,                      )
                                                )
20      v.                                      )
                                                )
21 WESTCON MICROTUNNELING, INC., A Utah )
   Corporation; WESTCON MICROTUNNELING, )
22 INC. a Division of MODERN CONTINENTAL )
   CONSTRUCTION CO., INC.; MODERN )
23 CONTINENTAL CONSTRUCTION CO., INC.; )
   A Massachusetts Corporation; )
24                                              )
               Defendants.                      )
25                                              )
                                                )
26                                              )
                                                )
27

28

NOTICE OF CHANGE IN COUNSEL
Case No. 05 4986 TEH

111493/426699

1  PLEASE TAKE NOTICE that JOYE BLANSCETT is no longer with the firm of
2  Weinberg, Roger & Rosenfeld and is no longer a designated counsel in this case.  Ms. Blanscett
3  will be replaced by Ms. Linda Baldwin Jones (Bar No. 178922) and Conchita Lozano-Batista (Bar
4  No. 227227) of this firm.

5  DATED: July 12, 2006

                                        WEINBERG, ROGER & ROSENFELD
6                                        A Professional Corporation

7
                                        By:   /s/        Linda Baldwin Jones
8                                            BARRY E. HINKLE
                                             LINDA BALDWIN JONES
9                                            NICOLE M. PHILLIPS
                                             CONCHITA LOZANO-BATISTA
10                                           Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

07/17/06

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -
NOTICE OF CHANGE IN COUNSEL
Case No. 05 4986 TEH

111493/426699