BARRY E. HINKLE, Bar No. 071223
JIM WESSER, Bar No. 142416
NICOLE M. PHILLIPS, Bar No. 203786
CONCHITA LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS; TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN,<br><br>      Plaintiffs,<br><br>      v.<br><br>WESTCON MICROTUNNELING, INC., A Utah Corporation; WESTCON MICROTUNNELING, INC. a Division of MODERN CONTINENTAL CONSTRUCTION CO., INC.; MODERN CONTINENTAL CONSTRUCTION CO., INC.; A Massachusetts Corporation;<br><br>      Defendants. | No.    C 05 4986 TEH<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 05 4986 TEH

1  NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1),
2  Plaintiffs voluntarily dismiss the above-captioned action *without prejudice*. Said voluntary
3  dismissal without an order of the Court is appropriate, since none of the Defendants have filed an
4  answer or summary judgment in this matter.

6  DATED: September 7, 2006

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: __/s/__ Conchita Lozano-Batista
CONCHITA LOZANO-BATISTA
Attorney for Plaintiffs

111493/432215

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Thelton E. Henderson
9/7/06

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 05 4986 TEH